## ADAMS *v.* FOSTER (two cases).

Evans, P. J. 1. In an action of complaint for land the defendant pleaded an equitable defense. On a former trial the court adjudged that the plaintiff recover the premises, provided the defendant failed to pay to the plaintiff a stated amount with interest. On review that judgment was reversed, because of error in the allowance of interest. *Adams* v. *Foster,* 141 *Ga.* 438 (81 S. E. 201). By consent, the case was retried, on the same record, by the court without a jury. The judgment is in accord with the ruling formerly made in the case, and is supported by the evidence.

2. An auxiliary petition was filed, for the appointment of a receiver to protect the property and impound the rents, on the ground of the defendant's insolvency and the insufficiency of the property to discharge the balance due on the purchase-price. There was no abuse of discretion in making such appointment.

*Judgment affirmed. All the Justices concur.*
JULY 13, 1915.

Complaint for land; and receivership. Before Judge Ellis. Fulton superior court. May 25, August 11, 1914.

*J. B. Stewart,* for plaintiff in error.
*Etheridge & Etheridge,* contra. '